421 A.2d 210

**James GRAVATT, III, Appellant,**

**v.**

**BOROUGH OF LATROBE and Latrobe Board of Adjustment.**

Supreme Court of Pennsylvania.

Argued Oct. 1, 1980.

Decided Nov. 3, 1980.

William C. Stillwagon, Greensburg, for appellant.

Robert P. Lightcap, Lightcap, McDonald & Moore, Charles C. Mason, Jr., Latrobe, for appellees.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

Appeal is dismissed as having been improvidently granted, 44 Pa.Cmwlth. 475, 404 A.2d 729.